10-1922-cv
Opportunity Equity Partners Ltd et al. v. Demarco

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of March, two thousand eleven.

PRESENT: DENNIS JACOBS,
                        <u>Chief Judge</u>,
              PIERRE N. LEVAL,
              REENA RAGGI,
                        <u>Circuit Judges</u>.

- - - - - - - - - - - - - - - - - - - -X
INTERNATIONAL EQUITY INVESTMENTS,
INC., CITIGROUP VENTURE CAPITAL
INTERNATIONAL BRAZIL, LLC, on behalf
of itself and CITIGROUP VENTURE
CAPITAL INTERNATIONAL BRAZIL, L.P.,
formerly known as CVC/Opportunity
Equity Partners, L.P., CITIGROUP
VENTURE CAPITAL INTERNATIONAL BRAZIL,
L.P.,
          <u>Plaintiffs-Counter-</u>
          <u>Defendants-Appellees</u>,

          -v.-                                          10-1922-cv

OPPORTUNITY EQUITY PARTNERS LTD.,
formerly known as CVC/Opportunity
Equity Partners Ltd.,
          <u>Defendant-Counter-Claimant-</u>
          <u>Appellee</u>,

**DANIEL VALENTE DANTAS, BANCO OPPORTUNITY S.A., DORIO FERMAN, ARTHUR JOAQUIM DE CARVALHO, OPPORTUNITY FUND, OPPORTUNITY PRIME INVESTMENT SERVICES, LTD., CITIBANK N.A., CITIGROUP, INC.,**

     **Defendants-Appellees,**

     **-v.-**

**LUIS ROBERTO DEMARCO ALMEIDA,**

     **Intervenor-Appellant.**

- - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| **FOR APPELLANT:** | Andrea Bierstein, Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP, New York, New York. |
| **FOR APPELLEE INTERNATIONAL EQUITY INVESTMENTS, ET AL:** | Carmine D. Boccuzzi (David Y. Livshiz, on the brief), Cleary Gottlieb Steen & Hamilton LLP, New York, New York. |
| **FOR APPELLEE OPPORTUNITY EQUITY PARTNERS, ET AL:** | Matthew A. Katz (Lisa C. Cohen, on the brief), Schindler Cohen & Hochman LLP, New York, New York. |

Appeal from a judgment of the United States District Court for the Southern District of New York (Koeltl, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

Luis Roberto Demarco Almeida ("Demarco") appeals from the denial of his motion to unseal certain documents filed in connection with an unrelated, now-settled, litigation proceeding between International Equity Investments, Inc., et al. and Opportunity Equity Partners Ltd., et al. (collectively the "appellees"). The documents at issue were protected by a confidentiality order entered upon

stipulation of the appellees when they were adversary parties. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We review for abuse of discretion the district court's decision not to vacate or modify the order designating the documents at issue as confidential. Gambale v. Deutsche Bank AG, 377 F.3d 133, 139 (2d Cir. 2004). In general--when parties have reasonably relied on a protective order--our Court recognizes a presumption against access to those documents. See Secs. & Exch. Comm'n v. TheStreet.com, 273 F.3d 222, 229 (2d Cir. 2001). However, a "subspecies of sealed documents in civil cases--so-called 'judicial documents'" are afforded a presumption "*in favor of access*." Id. at 231 (emphasis in original).

The magistrate judge concluded that the documents at issue are non-judicial, and the district judge adopted the magistrate judge's opinion and order. Demarco argues on appeal that the documents to which he seeks access are judicial in nature. Although Demarco objected on numerous grounds to the magistrate judge's opinion, his objections did not include a contention that the magistrate judge erred in categorizing the documents as non-judicial. Accordingly, we deem this argument forfeited. See Local 377 v. 1864 Tenants Ass'n, 533 F.3d 98, 99 (2d Cir. 2008) (per curiam).

We find no abuse of discretion in the district court's determination that the appellees reasonably relied on the stipulated protective order, and that Demarco was not entitled to modification of the order.

Having reviewed all of the arguments properly presented to this Court, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK

3